UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC SAMUWELL MITCHELL,

    Plaintiff,

v.                                                             Case No. 3:18cv2197-LC-HTC

W. CLEMMONS, D. DUNLAP,
H. HALL, M. STOKES,
and A. PARROTT,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 12, 2019 (doc. 26). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The January 15, 2019 Order granting Plaintiff leave to proceed i*n forma pauperis* (doc. 14) is **VACATED**.

3. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g) and 28 U.S.C. § 1915A(b)(1).

**DONE AND ORDERED** this 10th day of September, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:18cv2197-LC-HTC